## WHITE v. STATE. (No. 12813.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful transportation of intoxicating liquor; penalty, one year.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## WHITE v. STATE. (No. 12842.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.

Scott, Casey & Hall, of Marshall, for appellant.

John E. Taylor, Co. Atty., of Marshall, and A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful transportation of intoxicating liquor; penalty, one year.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## FROST v. STATE. (No. 12818.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.

Fred C. Pearce, of Lubbock, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, felony theft; penalty, four years in the penitentiary.

Only one bill of exception appears in the transcript, but this bill cannot be appraised, because no statement of facts accompanies the record. In the absence of a statement of facts, the bill of exception presents nothing which we can review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## DANIELS v. STATE. (No. 12804.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.